Argued and submitted November 29, reversed and remanded for reconsideration December 28, 2005

In the Matter of the Compensation of
Sherrel R. Hawkins, Claimant.

Sherrel R. HAWKINS,
*Petitioner,*

*v.*

SAIF CORPORATION
and Valley River Inn,
*Respondents.*

03-03541; A125497

124 P3d 1289

Christopher D. Moore argued the cause and filed the briefs for petitioner.

Jerome P. Larkin argued the cause and filed the brief for respondents.

Before Haselton, Presiding Judge, and Armstrong and Rosenblum, Judges.

PER CURIAM

Reversed and remanded for reconsideration. *Freightliner LLC v. Holman*, 195 Or App 716, 98 P3d 1165 (2004); *Bohemia, Inc. v. McKillop*, 112 Or App 261, 828 P2d 1041 (1992).